Case 1:25-cr-00249-DCN Document 3 Filed 08/13/25 Page 1 of 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

FNU LNU

*aka Carlos Ramon Obregon*

*WARRANT FOR ARREST*

1:25-cr-00249-DCN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **FNU LNU** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1343 WIRE FRAUD
18 U.S.C. § 641 THEFT OF GOVERNMENT FUNDS
18 U.S.C. § 1542 FALSE STATEMENT IN APPLICATION AND USE OF PASSPORT
18 U.S.C. §§ 2 and 1028(a)(1) FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS-PRODUCTION
18 U.S.C. § 1028A AGGRAVATED IDENTITY THEFT

UNITED STATES COURTS DISTRICT OF IDAHO

**United States Courts**
**District of Idaho**
**ISSUED**
***HaileyStevason***
***on Aug 13, 2025 3:44 pm***

Hailey Stevason, Deputy Clerk — Name and Title of Issuing Officer

August 13, 2025 — Date

**RETURN**

This warrant was received 8.13.2025 and executed with the arrest of the above-name individual at Burley, ID.

TMC
Signature of Arresting Officer

8.21.2025
Date of Arrest

Signed on behalf of arresting SSA Agent
Name & Title of Arresting Officer