BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
SEAN M. MAZOROL, DISTRICT OF COLUMBIA BAR NO. 90025737
ASSISTANT UNITED STATES ATTORNEY
BRITTNEY N. CAMPBELL, NORTH CAROLINA STATE BAR NO. 31433
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FNU LNU, a/k/a<br>CARLOS RAMON OBREGON,<br><br>Defendant. | Case No. 4:25-cr-00249-DCN<br><br>**GOVERNMENT'S TRIAL BRIEF** |

**INTRODUCTION**

The Government submits this Trial Brief, which sets forth a brief summary of the facts that are anticipated to be presented at trial, and a short discussion of an evidentiary issue for trial.

**CASE STATUS**

The Indictment charges Defendant with three counts of wire fraud, in violation of 18 U.S.C. § 1343, five counts of theft of government money, in violation of 18 U.S.C. § 641, one count of false statement in application and use of passport, in violation of 18 U.S.C. § 1542, one count of fraud in connection with identification documents—production, in violation of 18 U.S.C.

§ 1028(a)(1), and 10 counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A. Dkt. 1. The Court granted the Government's Motion to Dismiss Counts Seven and Seventeen. Dkt. 35. The Government plans to proceed on the remaining counts. The Defendant is in custody, and trial is set to begin May 18, 2026.

## STATEMENT OF FACTS

This is a case of identity theft and theft from the Government for approximately 25 years.

Carlos Ramon Obregon was born in 1963 in Los Angeles and was a United States citizen. Carlos Ramon Obregon, however, died in 1977. Carlos Ramon Obregon is hereinafter referred to as the "**Decedent**." The Defendant, FNU LNU, adopted the Decedent's identity and used it to obtain a multitude of government benefits to which he is not entitled.

The Government subpoenaed the California Department of Public Health—Vital Records (CDPH-VR) for records related to the Decedent. CDPH-VR produced a birth certificate for the Decedent, which provides a date of birth (DOB) in 1963, and which lists Decedent's mother as L.M.B. and father as C.G.O. The birth certificate also indicates that Decedent's address was on K. Road in Los Angeles.

In October 1972, Social Security records indicate that the Decedent's mother, L.*I*.B., applied for a Social Security Number (SSN) for the Decedent. Although the middle name for L.*I*.B. in the application for SSN is different than the middle name in the birth certificate (L.*M*.B.), L.*I*.B. listed the same DOB in 1963 for the Decedent, the same address on K. Road in Los Angeles, and the same father (C.G.O.) as the birth certificate for the Decedent. Social Security then assigned an SSN, which is the same SSN that FNU LNU now uses as his identity.

The CDPH-VR also produced a death certificate for the Decedent. The death certificate indicates the Decedent died in 1977 from a gunshot wound to the head. Although the death certificate lists the name as Carlos *Raymond* Obregon, the death certificate lists the same DOB in

1963 for the Decedent and the same parents (L.M.B. and C.G.O.) as the birth certificate produced from both CDPH-VR. The address on the death certificate for the Decedent is in Los Angeles within six (6) miles of K. Road.

Investigators identified the Decedent's headstone. The headstone lists the same DOB from the birth certificate and date of death from the death certificate discussed above. The headstone is pictured below:




In addition, the Decedent's father, C.G.O., died in 2011. C.G.O. is buried immediately next to the above headstone for the Decedent.

*Charged Conduct*

More than two decades after the Decedent's death, in April 2000, a person claiming to be the Decedent applied for a replacement Social Security Card with the same SSN for the Decedent. Again, in January 2003, February 2009, and May 2024, a person claiming to be the Decedent also applied for a replacement Social Security Card with the same SSN.

In or around September 2002, September 2010, December 2014, and June 14, 2022, FNU LNU applied for—and obtained—Idaho state identification cards using the Decedent's identity,

including the birth certificate and SSN discussed above. The Government subpoenaed the Idaho Transportation Department (ITD) for records related to the driver's license issued in the Decedent's name. ITD provided the same birth certificate produced from CDPH-VR. Thus, the birth certificate obtained from CDPH-VR is the same birth certificate that FNU LNU later used to obtain Idaho state identification.

In or around September 2012, FNU LNU applied for a passport using the Decedent's identity, and he was awarded a passport in the name of the Decedent shortly thereafter. In the application for a passport, FNU LNU listed the Decedent's DOB and SSN as his own. FNU LNU also listed the same parents (L.M.B. and C.G.O.) as the birth certificates produced from CDPH-VR and ITD. The passport application required FNU LNU to list the DOBs for his parents, but FNU LNU instead listed the ages of the Decedent's parents at the time of the Decedent's birth in 1963. And the ages FNU LNU listed in the passport for himself are the same ages listed in the birth certificates produced by CDPH-VR and ITD for the Decedent.

On or about May 14, 2024, FNU LNU applied to renew the passport, but the passport application was denied when the application was flagged as possibly involving a deceased person.

In addition to fraudulently obtaining a birth certificate, SSN cards, Idaho identification cards, and a U.S. passport in the Decedent's name, FNU LNU has also fraudulently obtained various government benefits including Supplemental Security Income (SSI), Supplemental Nutrition Assistance Program (SNAP), Medicaid, and Aid to the Aged, Blind, or Disabled.

Beginning in or around October 2003, FNU LNU applied for SSA benefits using the Decedent's identity. In or around July 2004, the SSA approved FNU LNU's application for SSI payments in Decedent's name to begin shortly thereafter. FNU LNU continued to receive monthly SSI payments until at least July 2025.

In or around January 2005, FNU LNU also applied for Medicaid benefits using the Decedent's identity, which the Idaho Department of Health and Welfare (IDHW) approved. Between in or around January 2005 and at least June 2025, FNU LNU received Medicaid benefits in the name of the Decedent.

In or around February 2009, FNU LNU also applied for, and received, SNAP benefits using the Decedent's identity from IDHW. FNU LNU continued to receive SNAP benefits until at least June 2025.

In or around February 2011, FNU LNU applied for and received AABD benefits using the Decedent's identity from IDHW. Defendant continued to receive AABD benefits in the Decedent's name until at least June 2025.

FNU LNU also received Economic Impact Payments in the name of the Decedent in or about May 2020, January 2021, and April 2021.

*Arrest on Indictment*

On August 21, 2025, law enforcement arrested FNU LNU pursuant to the arrest warrant issued in this case, and law enforcement discovered multiple identification for Carlos Ramon Obregon on FNU LNU's person. During interviews with law enforcement, FNU LNU maintained that he is, in fact, Carlos Ramon Obregon—the Decedent.

## MOTIONS, STIPULATIONS, AND NOTICES

No motions have been filed in this case except that the Government filed the Government's Notice of Intent to Present Evidence Pursuant to Federal Rules of Evidence 902(11), regarding self-authenticating documents. Dkt. 28. The Government and the Defendant have stipulated to the admissibility of the Government's case-in-chief exhibits.

## TRIAL AND EVIDENTIARY ISSUE

### 1. Identification of the Defendant During Trial

Law enforcement is unaware of FNU LNU's true identity. Further, FNU LNU's fingerprints have provided no more clues as to FNU LNU's true identity. Accordingly, the Indictment alleges that Defendant's first name and last name are unknown. The Government does not intend to address or identify the Defendant in court as Carlos Ramon Obregon because the Government does not believe that he is, in fact, Carlos Ramon Obregon. Accordingly, the Government will refer to the Defendant as "the Defendant."

Nevertheless, the Government will not object to Defendant or his counsel referring to the Defendant as Carlos Ramon Obregon given the presumption of innocence at this stage.

Respectfully submitted this 11th day of May 2026.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*/s/ Sean M. Mazorol*
SEAN M. MAZOROL
Assistant United States Attorney
BRITTNEY N. CAMPBELL
Assistant United States Attorney