# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| Case Name: UNITED STATES OF AMERICA vs. FNU LNU, a/k/a CARLOS RAMON OBREGON | | Plaintiff's Attorney: Sean M. Mazorol<br>Brittney Campbell |
|---|---|---|
| | | Defendant's Attorney: Manuel Murdoch |
| Docket No.: 4:25-cr-00249-DCN | Trial Dates: May 18-22, 2026 | Courtroom Deputy: Jenny Mitchell |
| Presiding Judge: Honorable David C. Nye, U.S. District Judge | | Court Reporter: Anne Bowline |
| Party Offering Exhibits: United States | | |

**Instructions**

- ➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
- ➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
- ➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
- ➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling | Description | Notes |
|---|---|---|---|---|---|---|
| 1001 | 5/19/26 | ADM | | ADM | Carlos Obregon Birth Certificate | |
| 1002 | 5/19/26 | ADM | | ADM | Carlos Obregon Death Certificate | |
| 1003 | 5/19/26 | ADM | | ADM | Rose Hills Cemetery Burial Photos | |
| 1101 | 5/19/26 | ADM | | ADM | Internal Record_2002 Idaho State ID | |
| 1102 | 5/19/26 | ADM | | ADM | Internal Record 2010 Idaho State ID | |
| 1103 | 5/19/26 | ADM | | ADM | Internal Record_2014 Idaho State ID | |
| 1104 | 5/19/26 | ADM | | ADM | Internal Record_2022 Idaho State ID | |
| 1105 | 5/19/26 | ADM | | ADM | Internal Records related to 2022 Star Card ID application | |
| | | | | | | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1106 | 5/19/26 | ADM | | ADM | Supporting documents for 2022 Star Card ID | |
| 1107 | 5/19/26 | ADM | | ADM | Internal Record related to issuance of Obregon ID | |
| 1201 | 5/19/26 | ADM | | ADM | 2012 Passport Application | |
| 1202 | 5/19/26 | ADM | | ADM | 2024 Passport Application | |
| 1203 | 5/19/26 | ADM | | ADM | Passport Travel Record | |
| 1204 | 5/19/26 | ADM | | ADM | Application for Certified Copy of Birth Record | |
| 1205 | 5/19/26 | ADM | | ADM | Correspondence regarding 2024 Passport Application | |
| 1301 | 5/19/26 | ADM | | ADM | Carlos Obregon SSN Replacement Cards | |
| 1302 | 5/19/26 | ADM | | ADM | Carlos Obregon SSA Work History | |
| 1303 | 5/19/26 | ADM | | ADM | Carlos Obregon 2004 SSI Notice of Award | |
| 1304 | 5/19/26 | ADM | | ADM | Carlos Obregon 2010 SSI Redetermination | |
| 1305 | 5/19/26 | ADM | | ADM | Carlos Obregon 2011 SSI Redetermination | |
| 1306 | 5/19/26 | ADM | | ADM | Carlos Obregon 2024 SSI Redetermination | |
| 1307 | 5/19/26 | ADM | | ADM | Carlos Obregon SSA Summary Payment Table | |
| 1401 | 5/19/26 | ADM | | ADM | Medicaid Person History Summary | |
| 1402 | 5/19/26 | ADM | | ADM | 2009 Application to IDHW for benefits | |
| 1403 | 5/19/26 | ADM | | ADM | 2010 Re-evaluation Medicaid and AABD/Cash | |
| 1404 | 5/19/26 | ADM | | ADM | 2010 Recertification of Food Stamps | |
| 1405 | 5/19/26 | ADM | | ADM | 2011 Programs Re-evaluation Food Stamps, Medicaid, and AABD/Cash | |
| 1406 | 5/19/26 | ADM | | ADM | 2013 Program Re-evaluation Food Stamps | |
| 1407 | 5/19/26 | ADM | | ADM | Paid Medicaid Claims Summary Chart | |
| 1408 | 5/19/26 | ADM | | ADM | SNAP Payments Issuance Summary Chart | |
| 1409 | 5/19/26 | ADM | | ADM | Summary Chart of Benefits Paid and Total Payments | |
| 1501 | 5/19/26 | ADM | | ADM | Economic Impact Payments Certified Record | |
| 1601 | 5/19/26 | ADM | | ADM | Wells Fargo Bank Statements | |
| 1602 | 5/19/26 | ADM | | ADM | Wells Fargo Summary Table Bank Statements | |
| 1603 | 5/19/26 | ADM | | ADM | Photo of Wallet Contents | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
| --- | --- | --- | --- | --- | --- | --- |
| 1604 | 5/19/26 | ADM | | ADM | Individual Photos of Wallet Contents | |