UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FNU LNU, a/k/a CARLOS RAMON OBREGON,<br><br>Defendant. | Case No.  4:25-cr-00249-DCN<br><br>**VERDICT** |

We, the duly empaneled jury in this action, unanimously find the Defendant, FNU LNU a/k/a CARLOS RAMON OBREGON:

**Wire Fraud**

Count One: January 31, 2025 Wire Transfer

Not Guilty: _____        Guilty: __✓__

Count Two: February 28, 2025 Wire Transfer

Not Guilty _____        Guilty __✓__

Count Three: April 1, 2025 Wire Transfer

Not Guilty _____        Guilty __✓__

**Theft of Government Funds**

Count Four: July 2004 to July 2025 Supplemental Security Income

Not Guilty _____        Guilty __✓__

Count Five: January 2005 to July 2025 Medicaid

VERDICT - 1

Not Guilty _____        Guilty __✓__

Count Six: February 2009 to July 2025 Supplemental Nutrition Assistance Program

Not Guilty _____        Guilty __✓__

Count Eight: May 2020 to April 2021 Economic Impact Payments

Not Guilty _____        Guilty __✓__

**False Statement in Application and Use of Passport**

Count Nine: May 14, 2024, Passport Application

Not Guilty _____        Guilty __✓__

**Fraud in Connection with Identification Documents—Production**

Count Ten: June 14, 2022, Idaho State Identification

Not Guilty _____        Guilty __✓__

**Aggravated Identity Theft**

Count Eleven: January 31, 2025 Wire Transfer

Not Guilty _____        Guilty __✓__

Count Twelve: February 28, 2025 Wire Transfer

Not Guilty _____        Guilty __✓__

Count Thirteen: April 1, 2025 Wire Transfer

Not Guilty _____        Guilty __✓__

Count Fourteen: July 2004 to July 2025 Supplemental Security Income

Not Guilty _____        Guilty __✓__

Count Fifteen: January 2005 to July 2025 Medicaid

**VERDICT - 2**

Not Guilty _____        Guilty __✓__

Count Sixteen: February 2009 to July 2025 Supplemental Nutrition Assistance Program

Not Guilty _____        Guilty __✓__

Count Eighteen: May 2020 to April 2021 Economic Impact Payments

Not Guilty _____        Guilty __✓__

Count Nineteen: May 14, 2024 Passport Application

Not Guilty _____        Guilty __✓__

Count Twenty: June 14, 2022 Idaho State Identification

Not Guilty _____        Guilty __✓__

DATE: _5/20/26_____



**VERDICT - 3**